**F&F** LLP
**FARUQI & FARUQI**

NEW YORK　　　CALIFORNIA　　　GEORGIA　　　PENNSYLVANIA

Bradley J. Demuth
Direct: (212) 991-3043
bdemuth@faruqilaw.com

March 2, 2026

**VIA ECF**

Hon. Brian M. Cogan, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> RE:　*J M Smith Corporation d/b/a Smith Drug Company v. Novo Nordisk Inc. and Novo Nordisk A/S*, No. 1:26-cv-00420-BMC (E.D.N.Y.)

Dear Judge Cogan:

I represent plaintiff J M Smith Corporation in the above antitrust action and write jointly with defense counsel to inform the Court of certain developments.

After the Court's entry of its February 24, 2026 docket order scheduling the March 4, 2026 status conference, we learned that multiple other plaintiff groups intend imminently to file identical antitrust actions involving the drug Victoza.

Defendants' motion to dismiss is currently due April 1.　*See* Feb. 13, 2026 Dkt. Order.

The parties currently before you do not oppose amending the current schedule in the February 13 docket order to provide for orderly case management in light of these pending developments.

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: _____
　　　Bradley J. Demuth