# EXHIBIT 2

# GARWIN GERSTEIN & FISHER LLP



88 Pine Street | 28th Floor | New York, NY | 10005

GARWIN
GERSTEIN &
FISHER LLP



As a renowned law firm with a legacy of success spanning eight decades, **Garwin Gerstein & Fisher** has earned a formidable reputation as the go-to firm for complex antitrust litigation, consistently securing high-stakes victories as lead counsel in some of the nation's most prominent cases.

GARWIN
GERSTEIN
FISHER LLP

# FIRM OVERVIEW

Established more than 80 years ago, **Garwin Gerstein & Fisher LLP** is one of the nation's top law firms specializing in complex class action litigation on behalf of plaintiffs.

The firm's primary focus is on representing businesses and individuals who have paid supracompetitive prices as a result of antitrust violations by price-fixing cartels and monopolies. In particular, GGF has an unparalleled reputation prosecuting antitrust litigation in health care markets.

For the past two decades, the firm's **ground-breaking work** challenging illegal agreements between brand and generic pharmaceutical companies that delay the onset of competition for prescription drugs has led to historic settlements and important appellate precedents.

Never one to shy away from a challenge, GGF routinely litigates complex issues at the intersection of antitrust law, patent law and economics in cases with billions of dollars at stake, fighting through all phases of a case—including class certification, summary judgment, trial and appeal—to secure the **best possible outcomes for our clients**.

GARWIN
GERSTEIN
FISHER LLP

# LITIGATION SUCCESS

**Our law firm is a leading force for antitrust plaintiffs, turning steadfast commitment into exceptional results.**



Over $4 Billion in Recoveries

25+ Leadership Positions in Complex Antitrust Litigation

100 Combined years of experience

GARWIN
GERSTEIN
FISHER LLP

# PRAISE FROM THE BENCH

**"I have spent days, many days, reading through the excellent briefing on both sides."**

*In re Seroquel XR Antitrust Litig.*, No. 20-cv-1076 (D. Del.)

(Feb. 6, 2025 summary judgment and *Daubert* hearing)

**"[T]his is a major case and a very large settlement . . . a really fair settlement for everyone involved. I commend the lawyers . . . representing their clients, the highest order."**

*In re Suboxone Antitrust Litig.*, No. 13-md-2445 (E.D. Pa.)

(Feb. 27, 2024 final approval hearing)

**"Class Counsel are skilled and effective class action litigators that have obtained a highly favorable settlement in an extremely complex case litigated over the course of ten years . . . [t]he legal issues involved here were complex, implicating a novel theory of a product hop antitrust scheme."**

*In re Suboxone Antitrust Litig.*, No. 13-md-2445 (E.D. Pa.)

2024 U.S. Dist. LEXIS 33018 (Feb. 27, 2024)

**"It was a real pleasure to have litigants like you come into this court. It was probably the hardest case on my docket, and you've made it simple, clear and understandable."**

*In re Novartis and Par Antitrust Litig.*, No. 18-cv-4361 (S.D.N.Y.)

(May 16, 2023 final approval hearing)

GARWIN
GERSTEIN
FISHER LLP

**"You are one of the leading attorneys in this field representing plaintiffs, and you showed your competence in the way you handled this case. I would also note that, given what's at stake with this case, the number of times that you needed judicial intervention to resolve the dispute was very few. And I think it says something about the professionalism of both plaintiffs' and defendants' lawyers."**

*In re Novartis and Par Antitrust Litig.*, No. 18-cv-4361 (S.D.N.Y.)
(January 6, 2023 preliminary approval hearing)

**"I certainly agree that this is an excellent settlement for the class."**

*In re Opana ER Antitrust Litig.*, No. 14-cv-10150 (N.D. Ill.)
(July 28, 2022 preliminarily approval hearing)

**"This Court has consistently noted the exceptional efforts of class counsel . . . this proposed settlement is the result of a great deal of very fine lawyering on behalf of the parties and counsel that are before the Court . . . there's been outstanding lawyering throughout."**

*In re Relafen Antitrust Litig.*, 231 F.R.D. 52, 80 (D. Mass. 2005)
(approving settlement and quoting prior hearings)



GARWIN
GERSTEIN
FISHER LLP

# KEY SETTLEMENTS

**In re Seroquel XR Antitrust Litigation,** No. 20-cv-1076 (D. Del.). **Co-Lead Counsel** for direct purchasers. Settled in 2025 for **$51 million.**

**King Drug Company of Florence, Inc., et al. v. Abbot Laboratories, et al. ("Androgel"),** No. 19-3565 (E.D. Pa.) **Co-lead Counsel** for direct purchasers. Settled in 2024 for undisclosed amount.

**In re Lipitor Antitrust Litig.,** MDL No. 2332 (D.N.J.). **Co-lead Counsel** for direct purchasers. Partially settled in 2024 for **$93 million**.

**In re Suboxone Antitrust Litig.,** MDL No. 2445 (E.D. Pa.) **Co-lead Counsel** for direct purchasers. Settled in 2023 for **$385 million**.

**In re Novartis and Par Antitrust Litig.,** No. 18-cv-04361 (S.D.N.Y.). **Lead Counsel** for direct purchasers. Settled in 2023 for **$126.9 million**.

**Value Drug Co., v. Takeda Pharms., U.S.A. Inc.,** 21-cv-03500 (E.D. Pa) **Co-Counsel** for group of direct purchasers. Settled in 2023 for undisclosed amount.

**In re Opana ER Antitrust Litig.,** No. 14-cv-10150 (N.D. Ill.). **Co-lead Counsel** for direct purchasers. Partially settled in 2022 for **$145 million**.

**In re Mushrooms Direct Purchaser Antitrust Litig.,** No. 06-0620 (E.D. Pa.). **Lead Counsel** for direct purchasers. Settled in 2020 for **$45.7 million**.

**In re Namenda Direct Purchaser Antitrust Litig.,** No. 15-07488 (S.D.N.Y.). **Co-Lead Counsel** for direct purchasers. Settled in 2019 for **$750 million.**

**In re Lidoderm Antitrust Litig.,** No. 14-md-02521 (N.D. Cal.). **Co-Lead Counsel** for direct purchasers. Settled in 2018 for **$166 million**.

**In re K-Dur Antitrust Litig.,** No. 01-cv-1652 (D.N.J.). **Co-lead Counsel** for direct purchasers. Settled in 2017 for **$60.2 million**.

**In re Aggrenox Antitrust Litig.,** No. 14-md-02516 (D. Conn.). **Lead Counsel** on behalf of direct purchasers. Settled in 2017 for **$146 million**.

**In re Asacol Antitrust Litig.,** No. 16-cv-11740 (D. Mass.). **Co-Lead Counsel** for direct purchasers. Settled in 2017 for **$16 million**.

**In re Prograf Antitrust Litig.,** No. 11-md-02422 (D. Mass). **Co-Lead Counsel** for a class of direct purchasers. Settled in 2015 for **$98 million**.

**In re Nexium Antitrust Litig.,** No. 12-md-2049 (D. Mass.). **Co-lead Counsel** for direct purchasers. Partially settled in 2015 for **$24 million**.

**King Drug Co. of Florence, Inc. v. Cephalon, Inc.,** No. 06-cv-1797 (E.D. Pa.). **Lead Counsel** for direct purchasers. Partially settled in 2015 for **$512 million**.



**In re Neurontin Antitrust Litig.**, MDL No. 1479 (D.N.J.). **Co-Lead Counsel** for a class of direct purchasers. Settled in 2014 for **$190 million**.

**In Re Hypodermic Products Direct Purchaser Antitrust Litig.**, No. 2:05-cv-01602 (D.N.J.). **Lead Counsel** for a class of direct purchasers. Settled in 2012 for **$45 million**.

**Natchitoches Parish Hospital Service District v. Tyco International, Ltd.**, No. 05-12024 (D. Mass.). **Lead Counsel** for a class of direct purchasers. Settled in 2010 for **$32.5 million**.

**In re Nifedipine Antitrust Litig.**, No. 03-MC-223 (D. D.C.). **Co-Lead Counsel** for a class of direct purchasers. Settled in 2010 for **$35 million**.

**In re Tricor Direct Purchaser Antitrust Litig.,** No. 05-cv-340 (D. Del.). **Lead Counsel** for a class of direct purchasers. Settled in 2009 for **$250 million.**

**Meijer, Inc. et al. v. Abbott Laboratories,** No. 07-5985 (N.D. Cal.). **Co-Lead Counsel** for a class of direct purchasers. Settled in 2009 for **$57 million**.

**In re Cardizem CD Antitrust Litig.**, No. 99-md-1278 (E.D. Mich.). **Co-Lead Counsel** for class of direct purchasers. Settled in 2003 for **$110 million**.

**In re Buspirone Antitrust Litigation,** MDL No. 1413 (S.D.N.Y.). **Co-Lead Counsel** for a class of direct purchasers. Settled in 2003 for **$220 million**.

**In re Relafen Antitrust Litig.**, No. 01-12239 (D. Mass.). **Co-Lead Counsel** for a class of direct purchasers. Settled in 2005 for **$175 million.**

**In re Remeron Antitrust Litig.**, No. 02 cv 02007 (D.N.J.). **Co-Lead Counsel** for a class of direct purchasers. Settled in 2005 for **$75 million**.

**In re Terazosin Hydrochloride Antitrust Litigation**, 99-MDL-1317 (S.D. Fla.) **Co-Lead Counsel** for a class of direct purchasers. Settled in 2005 for **$75 million**.



# AWARDS & RECOGNITIONS



### Outstanding Antitrust Litigation Achievement in Private Law Practice 2024

The American Antitrust Institute recognized **Garwin Gerstein & Fisher** for Outstanding Antitrust Litigation Achievement in Private Law Practice for its work in the case, *In re Suboxone Antitrust Litig.*, No. 2:13-MD-2445 (E.D. Pa).

### Outstanding Antitrust Litigation Achievement in Private Law Practice 2020

The American Antitrust Institute recognized **Garwin Gerstein & Fisher** for Outstanding Antitrust Litigation Achievement in Private Law Practice for its work in the case, *In re Namenda Direct Purchaser Antitrust Litig.*, No. 15-cv-7488 (S.D.N.Y.).

### Outstanding Antitrust Litigation Achievement in Private Law Practice 2019

The American Antitrust Institute recognized **Garwin Gerstein & Fisher** for Outstanding Antitrust Litigation Achievement in Private Law Practice for its work in *King Drug Company of Florence, Inc. et al v. Cephalon, Inc., et al.,* No. 06-cv-1797 (E.D. Pa.).

## Outstanding Antitrust Litigation Achievement in Private Law Practice 2017

The American Antitrust Institute recognized **Garwin Gerstein & Fisher** for its ground-breaking work on this case challenging a "reverse payment" agreement between brand-name and generic pharmaceutical companies to delay generic competition for the drug K-Dur 20. *In re K-Dur Antitrust Litig.*, No. 01-cv-1652 (D.N.J.).



The 2024 Antitrust Annual Report produced in partnership with the Center for Litigation and Courts at the University of California College of the Law, San Francisco and The Huntington National Bank recognized **Garwin Gerstein & Fisher LLP** among the most successful plaintiffs antitrust firms in the period 2009-24:

#2 and 9 Largest Settlements Approved in 2024
#10, 19, 28, 39 and 50 in Largest Settlements
#12 Lead Counsel in Class Recovery
#24 Lead Counsel in Number of Settlements





# MEET OUR TEAM

As a leader in advocating for antitrust plaintiffs, our firm's achievements are a testament to the unity, strength and expertise of our partners, dedicated to delivering exceptional results and championing justice.

GARWIN
GERSTEIN &
FISHER LLP

# Bruce E. Gerstein

*Managing Partner*

CONTACT
(646) 291-4701
bgerstein@garwingerstein.com



Bruce Gerstein is the Managing Partner of Garwin Gerstein and Fisher LLP.

Over the course of a distinguished career spanning more than four decades, Bruce has blazed a trail—breaking new ground first in securities and then in antitrust, securing important appellate precedents that have shaped the law. He was among the first lawyers to bring cases challenging unlawful "pay-for-delay" agreements among pharmaceutical manufacturers that forestall the launch of more affordable generic drugs. Litigating these complex cases at the intersection of antitrust law, patent law, and economics, he has earned a reputation for his ability to present complicated issues in straightforward terms.

Bruce approaches each case with a focus on trial from the very beginning, and is widely recognized for his comprehensive involvement in all stages of litigation. He provides unparalleled strategic insight and advocacy to his clients by offering a distinct blend of legal acumen and investigative prowess, building on a background as an investigatory accountant. This allows him to effectively analyze complex financial transactions, identify patterns of misconduct, and uncover evidence of anticompetitive behavior.

Courts across the country have repeatedly named Bruce lead counsel in federal, multijurisdictional and state court cases throughout the United States. In addition to his expertise in trial advocacy, Bruce is a skilled appellate advocate—admitted in eight federal circuits—and is adept at navigating the complexities of appellate procedure. Whether seeking to preserve favorable trial outcomes or challenge adverse rulings on appeal, Bruce brings a depth of experience and insight to the appellate process, consistently delivering compelling advocacy that advances his clients' interests.

As lead negotiator, Bruce has secured court-approved and private settlements that have recovered more than $4 billion for businesses and individuals in high-stakes antitrust cases.



## EXPERIENCE

*In re Namenda Antitrust Direct Purchaser Litigation* (S.D.N.Y.): Bruce served as lead counsel representing the direct purchaser class's prosecution of antitrust claims against Forest Laboratories, LLC ("Forest"), alleging that Forest engaged in a scheme to keep less expensive generic formulations of a vital Alzheimer's drug from patients. Served as lead negotiator, he secured a record-setting $750 million recovery for the direct purchaser class on the eve of trial—the highest settlement ever for a case involving delayed generic entry. In recognition of these efforts, the American Antitrust Institute bestowed on the firm its 2020 award for Outstanding Antitrust Litigation Achievement in Private Law Practice.

*In re Suboxone Antitrust Litig.* (E.D. Pa.): Bruce served as lead negotiator of a settlement that secured a $385 million recovery for the direct purchaser class on the eve of trial.

*In re Lamictal Direct Purchaser Antitrust Litig.* (3d Cir.): Bruce argued and won the appeal in this landmark case, establishing that reverse payments in "pay-for-delay" pharmaceutical litigation can involve transfers of value other than cash.

*In re Provigil Antitrust Litigation* (E.D. Pa.): Bruce steered the direct purchaser plaintiffs through more than a decade of litigation, culminating in his negotiating of the then-largest settlement ever, $512 million. In recognition of these efforts, the American Antitrust Institute bestowed on the firm its 2019 award for Outstanding Antitrust Litigation Achievement in Private Law Practice.

*In re K-Dur Antitrust Litigation* (D.N.J.): Bruce served as lead counsel representing a class of direct purchasers during all phases of the litigation, and argued appeal before the Third Circuit Court of Appeals. In recognition of these efforts, the American Antitrust Institute bestowed on the firm its 2017 award for Outstanding Antitrust Litigation Achievement in Private Law Practice.

## CREDENTIALS

### Education
Brooklyn Law School, J.D., *honors* (1977)
Bernard M. Baruch College of The City University of New York (1972)

### Bar Admissions
- New York

### Court Admissions
- Supreme Court of the United States

- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York
- U.S. District Court, Northern District of New York
- U.S. District Court, Western District of New York
- U.S. Court of Appeals, First Circuit
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Sixth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Eleventh Circuit

## Professional Associations
- Association of The Bar of the City of New York
- New York State Bar Association
- New York County Lawyers Association (NYCLA)

## Licenses
- CPA (inactive)

GARWIN
GERSTEIN &
FISHER LLP

# Dan Litvin

*Partner*

CONTACT
(646) 291-4710
dlitvin@garwingerstein.com



Dan Litvin is a Partner at Garwin Gerstein & Fisher LLP, and has been with GGF since 2006.

Mr. Litvin began his career representing plaintiffs in large Title VII class actions before transitioning to leadership roles for purchaser plaintiffs in complex antitrust class cases. Mr. Litvin has broad experience in every phase of litigation, from pre-complaint investigations through trial. Mr. Litvin has played key roles in cases in which GGF has been appointed lead counsel, and which have returned billions dollars to purchasers.

## EXPERIENCE

Some recent examples of Mr. Litvin's successes include:

*Value Drug Co. v. Takeda Pharmaceuticals, Inc., et al.* (E.D. Pa.): Played key roles in each stage of litigation, from investigation to trial, in a case concerning the delay of less expensive, generic versions of colchicine, an important treatment for gout. Resolved with a favorable settlement after the close of Plaintiffs' case. Settled for confidential amount.

*In re Novartis and Par Antitrust Litigation* (S.D.N.Y.): Mr. Litvin played a key leadership role in this complex litigation alleging that Novartis Pharmaceuticals Corp. and Par Pharmaceutical Inc. conspired to keep costs high and delay generic competition for an important hypertension drug. The case settled for $128,650,000 on behalf of the direct purchaser class.

*In re Namenda Antitrust Direct Purchaser Litigation* (S.D.N.Y.): Mr. Litvin was central in the direct purchaser class's prosecution of antitrust claims against Forest Laboratories, LLC ("Forest"), alleging that Forest engaged in a pay-for-delay scheme to keep less expensive generic

formulations of a vital Alzheimer's drug from patients. From the motion to dismiss through the case's termination, Mr. Litvin aggressively pursued the class's claims, resulting in a settlement on the eve of trial for a record-setting $750 million.

*In re Prograf Antitrust Litigation* (**D. Mass.**): Plaintiffs claimed Astellas Pharma US engaged in sham petitioning to slow down FDA approval of generic versions of a key immunosuppressant drug used to ensure the success of organ transplants. Mr. Litvin participated in all phases of the litigation, which resulted in a $98 million settlement for the direct purchaser class.

## CREDENTIALS

### Education
Brooklyn Law School, J.D. (2006)
New York University, *Dean's List* (2002)

### Bar Admissions
- New York

### Court Admissions
- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York



# David B. Rochelson

*Partner*

CONTACT
(646) 291-4708
drochelson@garwingerstein.com



David B. Rochelson has been a Partner at Garwin Gerstein & Fisher LLP since 2022.

For more than a decade, Mr. Rochelson has litigated large, complex antitrust class actions on behalf of both plaintiffs and defendants, with a focus on cartel and monopolization claims. He develops new cases, works with experts, deposes key witnesses, and briefs and argues dispositive motions. He has repeatedly brought cases all the way to trial and works tirelessly to maximize the recovery for his clients. Mr. Rochelson was selected as a Super Lawyer in 2022, 2023, 2024 and 2025. He serves as Chair of the ABA Antitrust Section's Joint Conduct Committee, and as editor of Chapter 1, "Restraints of Trade," in the Section's forthcoming Tenth Edition of its keystone publication, *Antitrust Law Developments*. Mr. Rochelson regularly speaks and publishes on antitrust and ethics issues. After graduating from law school, Mr. Rochelson clerked for the Honorable William H. Walls (D.N.J.).

## EXPERIENCE

*In re Seroquel XR Antitrust Litigation* (D. Del.): Mr. Rochelson served as a primary member of the trial team in this complex litigation, alleging a conspiracy between brand and generic manufacturers of the blockbuster drug Seroquel XR. He coordinated a team of more than 50 co-counsel and led dispositive motion briefing. He and the team brought the case to the eve of trial and helped secure a settlement of $51 million on behalf of a class of direct purchasers.

*Greystone Mortgage, Inc., et al. v. Equifax Workforce Solutions LLC, et al.* (E.D. Pa.): Mr. Rochelson serves as lead counsel in this antitrust class action alleging that Equifax monopolized the market for electronic verification of income and employment. Mr. Rochelson served as primary author



of the complaint, and briefed and argued Plaintiffs' successful opposition to the motion to dismiss. The case is now proceeding to fact discovery.

***Value Drug Co. v. Takeda Pharmaceuticals, Inc., et al.*** (E.D. Pa.): In case alleging a conspiracy to restrict output of the drug colchicine, Mr. Rochelson served as a key member of the litigation team. At trial, video of the depositions he took of Defendants' in-house counsel featured prominently in Plaintiffs' case-in-chief. He crafted a successful opposition to summary judgment, and drafted and argued successful motions challenging Defendants' privilege designations. The matter resolved with a favorable settlement mid-trial.

***In re Keurig Single Serve Coffee Antitrust Litig.*** (S.D.N.Y.): Mr. Rochelson led a team of attorneys working with the Plaintiffs' expert economist to develop a regression model in this Sherman Act § 2 case. He also deposed Defendants' expert economist, eliciting testimony that became the centerpiece of the successful opposition to Defendants' *Daubert* challenge of Plaintiffs' expert.

***In re Merck Mumps Vaccine Antitrust Litig.*** (E.D. Pa.): In case alleging monopolization of the market for MMR vaccines, Mr. Rochelson crafted a successful opposition to summary judgment motion addressing antitrust causation and *Noerr-Pennington* (later reversed on appeal; motion for certiorari pending). He prepared Plaintiffs' expert for deposition and drafted a successful *Daubert* opposition for that witness.

***United States v. Google LLC*** (D.D.C.): Mr. Rochelson represented a Fortune 100 company in interview before the United States Department of Justice and state attorneys general and managed compliance with related third party subpoena for documents.

## CREDENTIALS

### Education
New York University School of Law, J.D., *cum laude* (2012)
Harvard College, *cum laude* (2005)

### Bar Admissions
- New York

### Court Admissions
- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York
- U.S. District Court, Eastern District of Michigan

- Co-Chair, ABA Antitrust Section, Joint Conduct Comm., 2024 – present

## LEADERSHIP POSITIONS

- Vice Chair, ABA Antitrust Section, Joint Conduct Comm., 2021 – 2024
- Young Lawyer Rep., ABA Antitrust Section, Pricing Conduct Comm., 2020 – 2021
- Young Lawyer Rep., ABA Antitrust Section, Compet. Laws Outside the U.S. Comm., 2018 – 2020
- Managing Editor, *ABA Cartel & Joint Conduct Review*, 2017 – 2018

## SPEAKING APPEARANCES AND PUBLICATIONS

- *Rule of Reason Handbook*, Co-Editor, ABA Antitrust Section Publications (*forthcoming)*

- *Antitrust Law Developments (Chapter 1),* 10th Edition*,* Co-Editor*,* ABA Antitrust Section Publications *(forthcoming)*

- "Third Party Subpoena Recipients: Enemies or Friends?", Moderator, ABA Antitrust Section Spring Meeting (April 12, 2024)

- "*FTC v. Welsh, Carson*: The Government Challenge to Private Equity Roll-Ups," Speaker, NYSBA Antitrust Section Monthly Meeting (Oct. 18, 2023)

- "If I Am Uninjured, Do I Not Bleed? The *Packaged Seafood* Decision," Moderator, ABA Antitrust Section Webinar (June 22, 2022)

- "Meta Market Cap Drop Fuels Argument for an Antitrust Tweak," *Law360* (March 4, 2022)

- "Is This the End of Mandatory Arbitration? Turning the Tables with Mass Arbitration," Guest, ABA Antitrust Section podcast *Our Curious Amalgam*, Ep. #150 (Jan. 17, 2022)

- "Is This the End of Mandatory Arbitration?," *Antitrust* (Dec. 2021)

- "Antitrust: A Day in the Life," Moderator, ABA Antitrust Section Webinar (Nov. 15, 2021)

- "The Butterfly and the Iceberg: How to Be a Great Junior Associate," Presenter, Robins Kaplan New Associate Orientation (Oct. 1, 2021)

- "The Fix Is In! How to Investigate and Litigate Price Fixing Cases," Moderator, ABA Antitrust Section Webinar (Dec. 8, 2020)

- "If There, Then Here: How Government Probes Help Antitrust Plaintiffs," *Law360* (March 19, 2019) (Nominated for 2020 *Concurrences* Antitrust Writing Award)

- "Becoming an Antitrust Attorney," Panelist, NYSBA Antitrust Section Panel (Feb. 20, 2019)

- "How Do You Solve a Problem Like Algorithmic Price Fixing?," Bloomberg Law Insights (Feb. 8, 2018) (Nominated for 2019 *Concurrences* Antitrust Writing Award

GARWIN
GERSTEIN &
FISHER LLP

# Noah H. Silverman

*Partner*

CONTACT
(646) 291-4704
nsilverman@garwingerstein.com



Noah H. Silverman is a Partner at Garwin Gerstein & Fisher LLP and has been with the firm since 1991.

For the past three decades, Mr. Silverman has tackled the most vexing problems that arise in the law. He specializes in applying the law to fact patterns that are particularly new, unique or complex. Mr. Silverman's practice encompasses a broad range of antitrust claims, with a focus on Sherman Act conspiracy and monopolization claims in the healthcare marketplace, and has litigated such claims from pre-complaint investigation through to trial and beyond. His efforts have led to the recovery of hundreds of millions of dollars for direct purchaser plaintiffs.

## EXPERIENCE

*In re Suboxone Antitrust Litigation* (E.D. Pa.): Mr. Silverman devised the factual and legal theories at the heart of this groundbreaking case, which centered around a key treatment for opioid use disorder and allegedly anticompetitive efforts to execute a "product hop" from one formulation of the drug to another. He led the litigation by overseeing a team of more than a dozen attorneys and personally handled the depositions of key fact witnesses. Mr. Silverman also worked closely with experts and led the drafting of several central briefs. The efforts by Mr. Silverman and the rest of the team led to a historic recovery of $385 million for the direct purchaser class, one of the largest recoveries ever in a pharmaceutical antitrust case. The American Antitrust Institute honored the firm and its co-counsel for this accomplishment with the 2024 award for Outstanding Antitrust Litigation Achievement in Private Law Practice.

*In re Lamictal Direct Purchaser Antitrust Litig.* (E.D. Pa.; 3d Cir.): Mr. Silverman serves as one of the lead attorneys in this groundbreaking case, which helped establish that reverse payments



in "pay-for-delay" pharmaceutical litigation can involve transfers of value other than cash. He helped develop the factual and legal theories underpinning the case and has helped oversee the litigation for over a decade, taking key depositions and working with expert witnesses.

*In re Cardizem CD Antitrust Litig.* (E.D. Mich.): Mr. Silverman helped develop this case, widely considered to be the first "pay-for-delay" case. He helped secure a settlement of $110 million on behalf of a class of direct purchasers.

*In re Aggrenox Antitrust Litig.* (D. Conn.): This case involved allegations that defendant pharmaceutical manufacturers violated the antitrust laws by engaging in an unlawful scheme to delay or block the market entry of less expensive, generic versions of the prescription drug Aggrenox. Mr. Silverman helped secure a settlement of $146 million on behalf of a class of direct purchasers.

*In re Prograf Antitrust Litig.* (D. Mass): Mr. Silverman helped develop the theory of this case, which involved allegations that defendant had engaged in sham petitioning to slow down FDA approval of generic versions of a key immunosuppressant drug used to ensure the success of organ transplants. He and the team secured a settlement of $98 million on behalf of a class of direct purchasers.

*In re Tricor Direct Purchaser Antitrust Litig.* (D. Del.): Mr. Silverman helped develop the "product hop" theory in this case, one of the first where that theory was successful. He helped secure a settlement of $250 million on behalf of a class of direct purchasers.

## CREDENTIALS

### Education
Northwestern University School of Law, J.D. (1990)
Grinnell College (1986)

### Bar Admissions
- New York

### Court Admissions
- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York

### Professional Associations
- Association of The Bar of the City of New York



# Deborah A. Elman

*Partner*

---

CONTACT
(646) 291-4718
delman@garwingerstein.com



Deborah Elman has been a partner at Garwin Gerstein & Fisher LLP since 2022. With more than two decades of litigation experience, Ms. Elman focuses on representing businesses in high-profile, high-stakes antitrust class actions. She represents institutional clients and individuals in complex civil litigation, including class actions, opt-outs, derivative actions, and arbitrations.

Ms. Elman has been selected as a Super Lawyer from 2022-2025, named to the Lawdragon 500 Leading Plaintiff Financial Lawyers every year from 2019-2023, and the 2025 inaugural edition of the Lawdragon 500 Leading Global Antitrust & Competition Lawyers, and named a "Leading Lawyer" by The Legal 500, with sources describing her as having "expansive knowledge along with [a] calm, professional demeanor [that] instills great confidence." She is a member of the American Antitrust Institute Advisory Board; Vice President and Founder of the Amicus Committee for the Committee to Support Antitrust Laws (COSAL); a member of the Public Justice Foundation Board of Directors; and an Antitrust Section Member of the American Bar Association. She is a frequent speaker on topics involving class actions and expert witnesses and has contributed to such publications as the **2021 and** 2022 ABA *Antitrust Law Developments Annual Update*, the *Fordham Urban Law Journal*, the *New England Journal of Medicine* and the *American Journal of Public Health*. Prior to joining Garwin Gerstein & Fisher, LLP, Ms. Elman was an associate at two leading New York law firms and served as a law clerk for the Honorable William L. Standish in the United States District Court for the Western District of Pennsylvania.



## EXPERIENCE

Ms. Elman represents classes of direct purchasers of pharmaceutical drugs who allege that drug manufacturers have violated federal antitrust law by wrongfully keeping less-expensive generic drugs off the market and/or by wrongfully impeding generic competition. Her work on generic suppression cases has contributed to significant settlements totaling hundreds of millions of dollars, including in the cases of *In re Novartis and Par [Exforge] Antitrust Litigation* and *Value Drug Co. v. Takeda Pharmaceuticals U.S.A., Inc.* Ms. Elman currently is litigating several similar antitrust pharmaceutical cases, including *In re Niaspan Antitrust Litigation* and *In re Lamictal Direct Purchaser Antitrust.*

Ms. Elman's experience litigating antitrust class actions also includes *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation* and *In re Keurig Green Mountain Single-Serve Coᵣ ee Antitrust Litigation.*

Ms. Elman also played a significant role litigating and settling numerous cases related to the financial crisis, including more than fifteen actions arising out of wrongdoing involving the issuance of residential mortgage-backed securities ("RMBS") and other complex financial products; successfully representing the lead plaintiffs in *In re Satyam Computer Services Ltd. Securities Litigation* (a case dubbed "The Enron of India") and *In Re Kinder Morgan Energy Partners, L.P. Derivative Litigation;* and representing institutional investors in *In re Merck and Co., Securities Derivative & ERISA Litigation* and *In re Petrobras Securities Litigation*.

## CREDENTIALS

### Education
University of Pittsburgh School of Law, J.D., *cum laude*
- Lead Executive Editor, Journal of Law and Commerce

Columbia University, M.P.H.
Columbia University, *cum laude*

### Bar Admissions
- New York
- Pennsylvania

### Court Admissions
- Supreme Court of the United States
- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York



- U.S. District Court, Western District of Pennsylvania
- U.S. District Court, Northern District of Illinois
- U.S. Court of Appeals, D.C. Circuit
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. Court of Appeals, Tenth Circuit

## Professional Affiliations

- American Antitrust Institute: Advisory Board
- Public Justice Foundation: Board of Directors
- Committee to Support Antitrust Laws (COSAL): Vice President
- American Bar Association: Antitrust Section

GARWIN
GERSTEIN
&
FISHER LLP

# Samuel E. Bonderoff

*Partner*

CONTACT
(646) 291-4719
sbonderoff@garwingerstein.com



Samuel E. Bonderoff has been a Partner at Garwin Gerstein & Fisher LLP since joining the firm in 2022. He has over two decades of litigation experience representing both plaintiffs and defendants in antitrust, securities, ERISA, tax, bankruptcy, construction, real estate and merger cases, among others. He has served as first and second chair in multiple trials and arbitrations.

Mr. Bonderoff graduated from Dartmouth College in 1997 and New York University School of Law in 2002, where he was a member of the Moot Court Board. He was a recipient of the Legal Aid Society's Pro Bono Achievement Award for his efforts on behalf of a client whose civil rights were violated by the New York City Police Department.

Mr. Bonderoff is admitted to the Bar of the State of New York, and he is also admitted to practice in the Southern and Eastern Districts of New York, as well as the Courts of Appeals for the Second, Third, Fifth, Sixth, Eighth and Ninth Circuits and the U.S. Supreme Court.

## EXPERIENCE

Mr. Bonderoff's current practice focuses on the representation of direct-purchaser plaintiffs in antitrust class actions, including *King Drug Company, et al. v Abbott Laboratories, et al.* (settled in 2024 for undisclosed amount) and *In re Lamictal Direct Purchaser Antitrust Litig.* (E.D. Pa.; 3d Cir.).

In *Retirement Comm. of IBM v. Jander* (No. 18-1165), Mr. Bonderoff single-handedly brought breach of fiduciary duty claims on behalf of a class of IBM employees, including successfully briefing and arguing the case before the United States Supreme Court, ultimately securing a

GARWIN
GERSTEIN &
FISHER LLP

multi-million-dollar settlement for the class. He also served as one of the lead counsel bringing dozens of FINRA arbitration claims on behalf of high-net-worth individuals and family investment funds against UBS and other sponsors of defaulted Puerto Rico bonds.

## CREDENTIALS

### Education
New York University School of Law, J.D. (2002)
Dartmouth College, B.A. (1997)

### Bar Admissions
- New York

### Court Admissions
- Supreme Court of the United States
- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York
- U.S. District Court, Northern District of Illinois
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Fifth Circuit
- U.S. Court of Appeals, Sixth Circuit
- U.S. Court of Appeals, Ninth Circuit

GARWIN
GERSTEIN &
FISHER LLP

# Jonathan M. Gerstein

*Partner*

CONTACT
(212) 398-0834
jgerstein@garwingerstein.com



Jonathan M. Gerstein is a Partner at Garwin Gerstein & Fisher LLP, and has been with GGF since 2006.

Mr. Gerstein began his career at GGF as a summer associate representing plaintiffs in class employment discrimination cases. His current practice concerns complex antitrust litigation, with particular focus on Sherman Act cases involving the pharmaceutical industry. Mr. Gerstein has experience in all phases of litigation, including serving as primary counsel in cases where GGF has been appointed lead counsel, up and through trial.

## EXPERIENCE

Recent examples of Mr. Gerstein's successes include:

*In re Seroquel XR Antitrust Litigation* 20-cv-01076-CFC (D. Del.): Mr. Gerstein served as one of the firm's primary counsel in GGF's capacity as lead counsel in this complex litigation, which alleged a conspiracy between brand and generic manufacturers of the blockbuster drug Seroquel XR. He took a leading role in formulating the litigation and trial strategy for the case and coordinating the trial team's preparations and submissions. Mr. Gerstein served as a primary negotiator in reaching settlements totaling $51 million on behalf of the Direct Purchaser Class.

*In re Opana ER Antitrust Litigation,* No. 1:14-cv-10150 (N.D.Ill.): Mr. Gerstein served as primary counsel in GGF's capacity as co-lead counsel on behalf of a class of direct purchasers who alleged that Endo paid its competitor Impax to delay the launch of generic versions of the branded drug product Opana ER. Mr. Gerstein was involved in all phases of the litigation,



including up and through the conclusion of trial. Plaintiffs obtained a settlement with defendant Impax for $145 million.

***In re Mushrooms Direct Purchaser Antitrust Litigation,*** No. 06-0620 (E.D. Pa.): Mr. Gerstein played a key role in this complex litigation alleging that mushroom growers and wholesalers had engaged in a conspiracy to fix the prices of fresh agaricus mushrooms sold in the non-Western United States (east of the Rocky Mountains). Mr. Gerstein was involved in all aspects of the case, including bringing it to the eve of trial before it fully settled in January 2020 for over $45 million.

***In re Aggrenox Antitrust Litigation,*** No. 3:14-md-02516-SRU (D. Conn.): Mr. Gerstein helped develop the record supporting allegations that Boehringer Ingelheim, Teva, Barr, and Duramed violated antitrust laws by engaging in an unlawful scheme to delay or block the market entry of less expensive, generic versions of the prescription drug Aggrenox. The case settled in 2017 for $146 million.

## CREDENTIALS

### Education
Brooklyn Law School, J.D. (2007)
University of Michigan (2002)

### Bar Admissions
- New York

### Court Admissions
- U.S. District Court, Southern District of New York



# CONTACT US

 (212) 398-0055

 garwingerstein.com

 88 Pine Street, 28th Floor, New York, New York 10005