**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Andrew D. Lazerow**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5081
alazerow@cov.com

March 19, 2026

**VIA ECF**

Hon. Brian M. Cogan, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>    RE:    ***J M Smith Corporation d/b/a Smith Drug Company v. Novo Nordisk Inc. and Novo Nordisk A/S*, No. 1:26-cv-00420-BMC**
>
>    **and**
>
>    ***Uniformed Fire Officers Association Retired Officers Family Protection Plan v. Novo Nordisk Inc. et al*, No. 1:26-cv-01300-BMC**

Dear Judge Cogan:

We write to follow up on the March 4 status conference to apprise the Court of a new, related case.  On March 5, 2026, Uniformed Fire Officers Association Retired Officers Family Protection Plan filed a class action complaint against Defendants Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Nordisk") on behalf of a proposed class of end payors of Victoza and its generic equivalents ("End Payor Case").  Novo Nordisk learned about this new case on March 17.  The Complaint includes substantially similar allegations to the existing case before the Court brought by J M Smith Corporation on behalf of a proposed class of direct purchasers of Victoza and its generic equivalents ("Direct Purchaser Case").  The End Payor Case asserts a federal antitrust claim and dozens of state law claims.  As a result of the similarity of the two cases, counsel in the End Payor Case filed a related case notice on March 17 (Dkt. No. 6 in Case No. 1:26-cv-01300), and the case has now been assigned to Your Honor.

The parties in the Direct Purchaser Case currently have two deadlines that Novo Nordisk believes should be continued to permit the two cases to be coordinated and move forward together efficiently: March 24, to submit a proposed discovery schedule (or competing schedules), and April 1, to move to dismiss.  *See* Feb. 13, 2026 and March 4, 2026 Dkt. Orders in Case No. 1:26-cv-00420.  The End Payor Case impacts both deadlines: (1) counsel for the End Payor Case has indicated that they want to be involved in the discovery schedule planning, and Novo Nordisk agrees that all discovery should be coordinated; and (2) there will be substantial overlap in some of the arguments that Novo Nordisk intends to assert in its motion(s) to dismiss

COVINGTON

Hon. Brian M. Cogan, U.S.D.J.
March 19, 2026
Page 2

the Complaints, but Novo Nordisk will require more time to assess the 68 state law claims asserted in the End Payor Case.

As a result of the foregoing and the Court's guidance at the March 4 conference, Novo Nordisk proposes to move the two current deadlines to April 20 and May 1, respectively.  Thus, the parties would meet and confer on a discovery schedule and propose a schedule (or competing schedules) by April 20, and Novo Nordisk will file its motion(s) to dismiss by May 1 with plaintiffs filing opposition(s) thereto by June 1 and Novo Nordisk filing repl(ies) by June 29.

Plaintiffs do not oppose Novo Nordisk's proposal.

Respectfully submitted,

_____
Andrew D. Lazerow
Counsel for Defendants

**SO ORDERED.** *  3/19/26

_____
The Honorable Brian M. Cogan
United Stated District Court Judge

*The Clerk of Court is directed to associate the docket sheets of these two cases.