**F&F LLP**

**FARUQI & FARUQI**

NEW YORK     CALIFORNIA     GEORGIA     PENNSYLVANIA

Bradley J. Demuth
Direct: (212) 991–3043
bdemuth@faruqilaw.com

March 20, 2026

**VIA ECF**

Hon. Brian M. Cogan, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **RE:**    *J M Smith Corporation d/b/a Smith Drug Company v. Novo Nordisk Inc. and Novo Nordisk A/S*, **C.A. No. 1:26-cv-00420-BMC (E.D.N.Y.)**
>
> *Uniformed Fire Officers Association Retired Officers Family Protection Plan v. Novo Nordisk Inc. et al.*, **C.A. No. 1:26-cv-01300-BMC (E.D.N.Y.)**

Dear Judge Cogan:

The parties in the above-related actions have met and conferred and propose for the Court's entry the attached stipulated case management order providing for coordinated discovery and pretrial proceedings for all direct purchaser and end payor class actions alleging substantially the same antitrust claims concerning Victoza.

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: _____
          Bradley J. Demuth

Encl.

685 THIRD AVENUE   26TH FLOOR   NEW YORK, NY 10017   PHONE: 212.983.9330   FAX: 212.983.9331   FARUQILAW.COM