**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J M SMITH CORPORATION D/B/A SMITH DRUG COMPANY, on behalf of itself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> NOVO NORDISK INC. and NOVO NORDISK A/S, <br><br> *Defendants.* | C.A. No. 1:26-cv-420-BMC |
| UNIFORMED FIRE OFFICERS ASSOCIATION RETIRED OFFICERS FAMILY PROTECTION PLAN, on behalf of itself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> NOVO NORDISK INC. and NOVO NORDISK A/S, <br><br> *Defendants.* | C.A. No. 1:26-cv-1300-BMC |

**STIPULATION AND PROPOSED CASE MANAGEMENT ORDER**

WHEREAS, on January 23, 2026, plaintiff J M Smith Corporation filed Case No. 26-cv-420-BMC on behalf of itself and a putative class of direct purchasers of brand and generic Victoza alleging that defendants Novo Nordisk Inc. and Novo Nordisk A/S (together "Defendants") engaged in an unlawful monopolization scheme to delay generic competition to their Victoza market monopoly in violation of Section 2 of the Sherman Act (the "Direct Purchaser Action");

WHEREAS, on March 5, 2026, plaintiff Uniformed Fire Officers Association Retired Officers Family Protection Plan filed, as a related action, Case No. 26-cv-1300-BMC on behalf of itself and a putative class of end payors alleging substantially similar claims against Defendants (the "End Payor Action");

WHEREAS, on March 18, 2026, the End Payor Action was reassigned to this Court as a related action to the Direct Purchaser Action;

WHEREAS, all parties to the Direct Purchaser Action and the End Payor Action believe coordination of the Direct Purchaser Action and the End Payor Action under one docket will promote efficiency in managing and litigating these cases;

ACCORDINGLY, IT IS HEREBY STIPULATED AND ORDERED THAT:

1.      The Direct Purchaser Action and End-Payor Action shall be coordinated for purposes of discovery and pretrial proceedings to the extent practicable (the Direct Purchaser Action and the End Payor Action together, the "Coordinated Actions").

1

2.      The files of the Coordinated Actions shall be maintained in one file under Docket No. 26-cv-420-BMC.

3.      All documents filed in the Coordinated Actions shall bear the following caption:

| | |
|---|---|
| In re Victoza (liraglutide) Antitrust Litigation | C.A. No. 1:26-cv-420-BMC |
| This Document Relates To: | |

4.      When a filing is intended to apply to all actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a filing is intended to apply to less than all actions, the filing party shall indicate the action(s) to which the document is intended to apply.  For example, the parties may indicate "All Direct Purchaser Actions" or "All End Payor Actions."

5.      Any additional direct purchaser or end payor class action complaints filed in or transferred to this district containing substantially similar allegations as those in the Coordinated Actions shall be docketed under Case No. 26-cv-420-BMC and, by motion, consolidated with either the Direct Purchaser Action or the End Payor Action, as applicable.  Defendants need not respond to the complaint filed in any case that is consolidated with either the Direct Purchaser Action or the End Payor Action.

SO ORDERED, this __ day of _____, 2026.

_____
U.S.D.J.

By:    _s/ Andrew Lazerow_                     By:    _s/ Bradley Demuth_

Andrew Lazerow                               Bradley J. Demuth
**COVINGTON & BURLING LLP**                   **FARUQI & FARUQI LLP**
One CityCenter                               685 Third Avenue

2

850 Tenth Street, NW
Washington, DC 200001-4956
(202) 662-6000
alazerow@cov.com

*Counsel for Defendants Novo Nordisk Inc.
and Novo Nordisk A/S*

New York, NY 10017
(212) 983-9330
bdemuth@faruqilaw.com

Peter Kohn
**FARUQI & FARUQI LLP**
1617 JFK Blvd, Suite 1550
Philadelphia, PA 19103
(215) 277-5770
pkohn@faruqilaw.com

Bruce E. Gerstein
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 28th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
dlitvin@garwingerstein.com

*Counsel for Plaintiff J M Smith and Interim
Co-Lead Counsel for the Direct Purchaser
Class.*

By:      *s/ Greg Linkh*

Greg Linkh
Brian D. Brooks
Lee Albert
**GLANCY PRONGAY WOLKE &
ROTTER LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Glinkh@glancylaw.com
bbrooks@glancylaw.com
lalbert@glancylaw.com

*Counsel for Plaintiff Uniformed Fire Officers
Association Retired Officers Family
Protection Plan*

3