**F&F LLP**

**FARUQI & FARUQI**

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

Bradley J. Demuth
Direct: (212) 991-3043
bdemuth@faruqilaw.com

May 14, 2026

**VIA ECF**

Hon. Brian M. Cogan, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   **RE:** *In re Victoza (liraglutide) Antitrust Litig.*, **No. 1:26-cv-00420-BMC (E.D.N.Y.)**

Dear Judge Cogan:

   Per the Court's scheduling order (ECF No. 42), enclosed please find for the Court's consideration, approval, and entry, the following agreed-upon joint submissions on behalf of all parties:

1. Our proposed Civil Case Management Plan order pursuant to Federal Rules Civil Procedure 16 and 26(f);
2. Our proposed Stipulated Order Regarding Production of Electronically Stored Information;
3. Our proposed Confidentiality Stipulation & Order; and
4. Our proposed Privilege Protocol Stipulation & Order.

   The parties continue to discuss various matters, but at present, have no disputed issues to raise with the Court.

         Respectfully submitted,

         **FARUQI & FARUQI, LLP**

         By: _____
          Bradley J. Demuth

Encls.